# First District Court of Appeal
## State of Florida

_____

No. 1D18-3078

_____

DAVID J. BALLINGER,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Bradford County.
Mark W. Moseley, Judge.

June 7, 2019

PER CURIAM.

AFFIRMED without prejudice to appellant's right to file a petition for a writ of mandamus in the circuit court. *See Rood v. State*, 790 So. 2d 1192, 1193 (Fla. 1st DCA 2001).

WOLF, BILBREY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

David J. Ballinger, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.